Law Offices Of: JACQUELYNE M. NGUYEN
1670 SANTA ANA AVENUE
COSTA MESA, CA  92627

Phone: 949 722-0055 FAX: 949 722-8416
Attorney File #200A96035+
[135428]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:12CV7284 URC |
| v. | |
| DEANDRA VERA ARAGON, AKA DEANDRA MORENO | PROOF OF SERVICE SUMMONS AND COMPLAINT (Use separate proof of service for each person/party served) |
| Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. [X] summons    [X] complaint    [ ] alias summons    [ ] first amended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [ ] other *(specify)*:

2. **Person served:**
   a. [ ] Defendant *(name)*:
   b. [X] Other *(specify name and title or relationship to the party/business named)*:
      JUAN MORENO, CO-OCCUPANT HISPANIC, MALE, 40YRS, BLACK HAIR, 5'5", 160LB
   c. [X] Address where papers were served: ███████████████ LOS ANGELES, CA ███

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
   a. [X] Federal Rules of Civil Procedure
   b. [ ] California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. [ ] By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. [ ] **Papers were served on** *(date)*: _____ at *(time)*: _____
   b. [X] By **Substituted service**. By leaving copies:
      1. [X] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. [ ] **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. [X] **Papers were served on** *(date)*: SEPTEMBER 07, 2012    at *(time)*: 8:40A.M.
      4. [ ] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. [ ] **papers were mailed** on *(date)*: _____
      6. [ ] **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service:  *(date)*: _____  at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. (Attach signed return receipt or other evidence of actual receipt by the person served).

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:
   JAVIER GONZALEZ
   KERN LEGAL SERVICES, INC.
   1614 WEST TEMPLE STREET
   LOS ANGELES, CA 90026
   Phone: (213) 483-4900
   [135428]

   a. Fee for service: $ 74.50
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: SEPTEMBER 07, 2012

_____
*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                                              PAGE 2

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Law Offices Of: JACQUELYNE M. NGUYEN<br>1670 SANTA ANA AVENUE<br>COSTA MESA, CA 92627 | | | | |
| Telephone No: 949 722-0055   FAX: No: 949 722-8416 | | | | |
| | | Ref. No or File No.:<br>200A96035+ | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court - Central District Of California | | | | |
| Plaintiff: UNITED STATES OF AMERICA | | | | |
| Defendant: DEANDRA VERA ARAGON, AKA DEANDRA MORENO | | | | |
| DUE DILIGENCE DECLARATION | Hearing Date: | Time: | Dept/Div: | Case Number:<br>212CV7284URC |

1. I, JAVIER GONZALEZ, being retained by KERN LEGAL SERVICES, INC. am and was on the dates mentioned herein over the age of eighteen years and not a party to this action. I attempted to Personally Serve Defendant DEANDRA VERA ARAGON, AKA DEANDRA MORENO as follows:

2. Documents:   SUMMONS AND COMPLAINT.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sun | 09/02/12 | 5:05pm | Home | NO ANSWER AT THE RESIDENCE.. Attempt made by: JAVIER GONZALEZ. Attempt at: ▇▇▇ LOS ANGELES CA ▇ |
| Wed | 09/05/12 | 10:10am | Home | NO ANSWER AT THE RESIDENCE.. Attempt made by: JAVIER GONZALEZ. Attempt at: ▇▇▇ LOS ANGELES CA ▇ |
| Fri | 09/07/12 | 8:40am | Home | SUBJECT NOT IN. Attempt made by: JAVIER GONZALEZ. Attempt at: ▇ LOS ANGELES CA ▇ |

3. Person Executing
   a. JAVIER GONZALEZ
   b. KERN LEGAL SERVICES, INC.
      1614 WEST TEMPLE STREET
      LOS ANGELES, CA 90026
   c. (213) 483-4900, FAX (213) 483-7777

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was: $74.50
e. I am:   (3) registered California process server
   (i)   Independent Contractor
   (ii)  Registration No.:   6087
   (iii) County:              LOS ANGELES
   (iv)  Expiration Date:    Thu, Feb. 28, 2013

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Sep. 07, 2012

                    DUE DILIGENCE DECLARATION   (JAVIER GONZALEZ)

536081242.5360.135428

| Attorney or Party without Attorney:<br>Law Offices Of: JACQUELYNE M. NGUYEN<br>1670 SANTA ANA AVENUE<br>COSTA MESA, CA 92627 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 949 722-0055   FAX No: 949 722-8416<br>jackie@jacquelynenguyenlaw.co<br>Attorney for: Plaintiff | | Ref. No or File No.:<br>200A96035+ | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Central District Of California | | | | |
| Plaintiff: UNITED STATES OF AMERICA | | | | |
| Defendant: DEANDRA VERA ARAGON, AKA DEANDRA MORENO | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>212CV7284URC |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS AND COMPLAINT

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:           Fri., Sep. 07, 2012
    b. Place of Mailing:          LOS ANGELES, CA 90026
    c. Addressed as follows:      DEANDRA VERA ARAGON, AKA DEANDRA MORENO

                                  LOS ANGELES, CA

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Sep. 07, 2012 in the ordinary course of business.

5. Person Serving:
    a. MADLEN ARAKELYAN
    b. KERN LEGAL SERVICES, INC.
       1614 WEST TEMPLE STREET
       LOS ANGELES, CA 90026
    c. (213) 483-4900, FAX (213) 483-7777

    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d. The Fee for Service was:   $74.50
    e. I am: (3) registered California process server
       (i)    Employee
       (ii)   Registration No.:   7096
       (iii)  County:             LOS ANGELES
       (iv)   Expiration Date:    Sun, Oct. 13, 2013

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Sep. 07, 2012

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(MADLEN ARAKELYAN)
536081242.5360.135428